Cause No. D-1-GN-24-005004

| | | |
|---|---|---|
| THE NEIMAN MARCUS GROUP, LLC, | § | IN THE DISTRICT COURT |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| KELLY HANCOCK, ACTING TEXAS | § | |
| COMPTROLLER OF PUBLIC | § | |
| ACCOUNTS, | § | |
| *Defendants.* | § | 200TH JUDICIAL DISTRICT |

9/5/2025 3:47 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-005004
Rosa Oneal

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/8/2025 9:43:29 AM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT'S NOTICE OF ADMINSTRATIVE APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Kelly Hancock, Acting Texas Comptroller of Public Accounts (Defendant), respectfully appeals the Court's interlocutory order denying Defendant's Plea to the Jurisdiction entered on August 18, 2025. Defendant exercises his right to seek an accelerated appeal to the Fifteenth Court of Appeals in Austin, Texas. *See* TEX. R. APP. P. 28.1(a) ("Appeals from interlocutory orders (when allowed by statute) . . . are accelerated appeals."); TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas State Bar No. 24062894

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 979-5354
Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with Texas Rule of Civil Procedure 21a on this the September 5, 2025, to:

Sinead O'Carroll
State Bar No. 24013253
Reeves & Brightwell LLP
3103 Bee Cave Rd., Ste 240
Austin, TX 78746
Phone (512) 334-4500
Email socarroll@reevesbrightwell.com

Jameel S. Turner, jturner@baileycav.com
Ohio State Bar No. 0078251
John P. Miller, jmiller@baileycav.com
Ohio State Bar No. 0097161
Bailey Cavalier LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone (614) 224-3155
*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

/s/ *Terri M. Abernathy*
Terri M. Abernathy
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Terri Abernathy
Bar No. 24062894
raymond.abarca@oag.texas.gov
Envelope ID: 105276145
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF ADMINISTRATIVE APPEAL
Status as of 9/8/2025 8:31 AM CST

Associated Case Party: GLENN HEGAR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 9/5/2025 3:47:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 9/5/2025 3:47:36 PM | SENT |
| Susan Farris | | sfarris@reevesbrightwell.com | 9/5/2025 3:47:36 PM | SENT |
| Jacob Sanchez | | jsanchez@reevesbrightwell.com | 9/5/2025 3:47:36 PM | SENT |
| Sinead O'Carroll | | socarroll@reevesbrightwell.com | 9/5/2025 3:47:36 PM | SENT |
| Jameel Turner | | jturner@baileycav.com | 9/5/2025 3:47:36 PM | SENT |
| Brittany Stephen | | bstephen@baileycav.com | 9/5/2025 3:47:36 PM | SENT |
| John Miller | | jmiller@baileycav.com | 9/5/2025 3:47:36 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 9/5/2025 3:47:36 PM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 9/5/2025 3:47:36 PM | SENT |